People v Diakite (2024 NY Slip Op 51297(U))

[*1]

People v Diakite (Kadiata)

2024 NY Slip Op 51297(U)

Decided on September 19, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 19, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570884/18

The People of the State of New York, Respondent,
against
Kadiata Diakite, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Laurence E. Busching, J.), rendered September 5, 2018, after a jury trial, convicting her of assault in the third degree, menacing in the third degree and harassment in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Laurence E. Busching, J.), rendered September 5, 2018, affirmed.
The trial court providently exercised its discretion in permitting the People to introduce limited rebuttal testimony. The rebuttal testimony was a direct response to material facts placed in issue by defendant's own testimony related to her self defense claim (see People v Harris, 57 NY2d 335, 343-346 [1982], cert denied 460 US 1047 [1983]). Even if the rebuttal testimony were to be viewed as including matters that should have been introduced on the People's direct case, the court had discretion to receive such evidence (CPL 260.30 [7]; see People v Cardelle, 104 AD3d 517 [2013], lv denied 21 NY3d 1014 [2013]). In any event, defendant was not unduly prejudiced by the rebuttal testimony (see People v Rodgers, 187 AD3d 607 [2020], lv denied 36 NY3d 975 [2020]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 19, 2024